JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHOLINE FERNANDEZ and RONALD FERNANDEZ,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>BRIDGECREST CREDIT COMPANY, LLC and BRIDGECREST ACCEPTANCE CORPORATION,<br><br>　　　　　Defendants. | Case No. 5:23-cv-01854-MWF (SHKx)<br><br>JUDGMENT APPROVING ARBITRATION AWARD |

The above-entitled matter came before the Honorable Michael W. Fitzgerald, United States District Judge, presiding in Courtroom 5A of the above-entitled Court, pursuant to Plaintiffs Antholine Fernandez's and Ronald Fernandez's Motion to Confirm Arbitration Award ("Motion"), filed on October 13, 2023.  (Docket No. 13).

The Court has considered Plaintiffs' Motion, supporting papers, and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that **JUDGMENT** be entered against Defendants Bridgecrest Credit Company, LLC ("BCC") and Bridgecrest Acceptance Corporation ("BAC") as follows:

1. Judgment is entered against BCC and BAC, jointly and severally, in the sum of **$175,000.00** for any and all liability claims in the Arbitration and this action, including all costs and attorney's fees otherwise recoverable.

2. Any deficiency balance owing to BCC or BAC by Plaintiffs, or either of them, shall be considered waived.

3. BCC and BAC shall request the credit reporting agencies delete the tradeline for Plaintiffs' account.

Dated: December 20, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge